*Jacob Gould* v. *Edwin W. Collins et al.* E. GRIFFIN, for appellant; E. P. SMITH, for respondents. Decree appealed from affirmed with costs.